UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**FAYE WILLIAMS,**

    **Plaintiff,**

v.                                     Case No.  8:04-cv-2595-T-30EAJ

**TROPICANA PRODUCTS, INC.**
**LONG-TERM DISABILITY PLAN,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

      The Court has been advised via a Mediation Report (Dkt. #14) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

      **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

      **DONE** and **ORDERED** in Tampa, Florida on November 17, 2005.

                                                      JAMES S. MOODY, JR.
                                                       UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2004\04-cv-2595.dismissal.wpd